## CINTRÓN v. CRUZ.

Apelación procedente de la Corte de Distrito de Ponce.

No. 77.—Resuelto en Junio 8, 1904.

DOCUMENTOS PÚBLICOS—PRUEBAS—PARTES CONTRATANTES—TERCEROS.—Los documentos públicos hacen fé entre las partes contratantes y sus causa-habientes, respecto á las declaraciones que en ellos hubieren hecho los primeros, y contra terceros, del hecho que hubiere motivado su otorgamiento y de la fecha de éste.

ACCIÓN REIVINDICATORIA—DOMINIO É IDENTIDAD DE LA FINCA RECLAMADA—SU ADJUDICACIÓN AL DEMANDADO.—Probado por el actor el dominio é identidad de la finca reclamada, queda justificada la acción reivindicatoria, sin que en nada pueda afectarle la circunstancia de que la finca reclamada hubiera sido adjudicada al demandado en cumplimiento de obligaciones en que directa ni indirectamente hubiere intervenido el actor, que tampoco fué parte en los procedimientos de tal adjudicación.

ID.—POSESIÓN—POSEEDOR.—Nadie puede ser despojado de la tenencia ó posesión de una cosa, sin haber sido antes oido y vencido en juicio, debiendo, todo poseedor, ser respetado en su posesión, y restituido en ella, cuando haya sido inquietado ó perturbado en la misma, ó despojado de ella completamente.

### EXPOSICIÓN DEL CASO.

Vistos los autos promovidos en la Corte de Distrito de Ponce entre partes de la una como demandante Don Grego-

rio Cintrón Flores, mayor de edad, viudo y vecino de Juana
Díaz y de la otra como demandado Don Hilario Cruz Colón,
del mismo vecindario, jornalero y declarado rebelde en la re-
ferida Corte, dirigido y representado el primero en esta Su-
perioridad por el Letrado Don Felipe Casaldúc y el segundo
que se personó por el Letrado Don Manuel F. Rossy; autos
de juicio ordinario sobre propiedad de una finca rústica y
nulidad de adjudicación de la misma y pendientes ante Nos
en virtud de recurso de casación, hoy de apelación, interpues-
to por la parte demandada contra la sentencia pronunciada
por dicha Corte de Distrito, que copiada á la letra dice así:

"*Sentencia.*—En la ciudad de Ponce á los trece días del mes de
Agosto de mil novecientos dos: Vistos en juicio oral y público estos
autos declarativos seguidos entre partes: de la una como demandante
Don Gregorio Cintrón y Flores, mayor de edad, viudo y vecino de
Juana Díaz, representado por el Letrado Don Felipe Casaldúc y Goi-
coechea; y de la otra como demandado Don Hilario Cruz Colón, del
mismo vecindario, y jornalero, en rebeldía. Siendo Ponente para la
redacción de esta sentencia el Señor Presidente Don Isidoro Soto
Nussa.

*Resultando*: que con fecha veinte y ocho de Octubre de mil nove-
cientos uno, el Letrado Don Felipe Casalduc á nombre de Don Gre-
gorio Cintrón Flores, estableció la presente demanda en juicio de-
clarativo contra Don Hilario Cruz Colón, solicitando que se declare
por el Tribunal que el demandante es el único y legítimo dueño de
doscientos ochenta y nueve cuerdas radicadas en el barrio de Guaya-
bal del término municipal de Juana Díaz, que con otras de Monse-
rrate Santiago fueron embargadas por el demandado: declarando así
mismo nula la adjudicación que se hizo al Cruz de las repetidas dos-
cientas ochenta y nueve cuerdas y disponiendo se dé posesión de ellas
al demandante: declarándose también nula y de ningún valor la es-
critura de venta judicial que haya podido otorgar á dicho deman-
dado, el Juzgado Municipal de Juana Díaz en cuanto á ese perí-
metro de terreno del señor Cintrón, con imposición de costas al de-
mandado: y funda su demanda en los siguientes hechos: que ocurri-
do el fallecimiento. de Doña Toribia Santiago de Cintrón y hecha la
partición de sus bienes se adjudicó al heredero Don Juan Norberto
Cintrón y Rosado entre otros bienes, una porción proindivisa de 487
pesos 16 centavos y dos tercios de moneda mexicana en una finca de

setecientas veinte y cinco cuerdas y veinte y cinco céntimos que fué tasada en dos mil doscientos sesenta y tres pesos: que por acta adicional ante el Notario Don Rafael León en 24 de Enero de 1893, los herederos de la finada Doña Toribia, hicieron, la división material de la finca y el heredero Don Juan Norberto Cintrón tomó para sí ciento setenta y una cuerdas colindantes al Norte con terrenos de Don Severo, Segarra, al Este con los de Don Gregorio Cintrón, al Oeste con los de Doña Tomasa Cintrón y por el Sur con tierras de Don Vicente Santiago que fué justipreciado en cuatrocientos ochenta y siete pesos diez y seis y dos tercios centavos de la moneda mexicana · y Don Gregorio Cintrón ciento sesenta y ocho cuerdas con veinte y cinco céntimos de otra de terreno, lindantes al Norte con terrenos de Don Severo Segarra, por el Este los de Doña Carmen Cintrón, por el Oeste con los de Don Juan Norberto Cintrón; y por el Sur con tierras de Don Vicente Santiago; justipreciado dicho terreno en la suma de seiscientos setenta y ocho pesos sesenta y seis y dos tercios centavos, también de la moneda mexicana: que por escritura ante el Notario de Juana Díaz, fecha veinte y cuatro de Julio de mil ochocientos veinte y cinco, Don Juan Norberto Cintrón vendió á su padre Don Gregorio Cintrón la porción de terreno que le tocó en la herencia de su madre Doña Toribia, reservándose sólo cincuenta cuerdas para los hijos que tenía en su matrimonio con Doña Monserrate Santiago, siendo la venta, por tanto, de ciento veinte y una cuerdas; que según escritura ante el mismo Notario, de 14 de Octubre de 1895, Doña Monserrate Santiago ya viuda de Don Juan Norberto Cintrón, ratificó la venta de terreno hecha por su esposo á Don Gregorio Cintrón, y se dió por satisfecha con las cincuenta cuerdas que le correspondían á sus menores hijos, las que le fueron entregadas; que esos documentos han sido inscritos en el Registro de la Propiedad; que en juicio verbal civil seguido en el Juzgado Municipal de Juana Díaz con fecha cinco de Febrero de 1900, Doña Monserrate Santiago confesó que su difunto esposo Don Juan Norberto Cintrón había dejado á su muerte una deuda pendiente con Don Hilario Ortíz Colón, por cantidad de quinientos pesos provinciales y á petición del Cruz, para hacer efectivo ese crédito, se trabó embargo en los bienes que él designó como propiedad del deudor, habidos por herencia de su madre Doña Toribia y que en dicha diligencia se describen así "Finca de ciento setenta y cinco cuerdas en el barrio de "Guayabal" del término municipal de Juana Díaz, lugar de las Cuevas y la que colinda al Norte con pared nombrada "Palo Seco," Sur Vicente Santiago y Juan Peña: Este, José R. González y Oeste, Don Gregorio Cintrón. con cuatro casas de maderas del país que en dicha

finca enclavan y las que miden, una, ocho varas de largo por cinco
de ancho, otra, de siete varas de largo por cinco de ancho: otra, de
seis varas de largo por cuatro de ancho; y otra, de siete varas de largo
por cinco de ancho; nombrándose depositario de dichas casas y frutos
de la finca á Juan Peña Torres; que dictada sentencia de remate,
digo, condenatoria, en el referido juicio, en el procedimiento de
apremio se sacó la finca á subasta y fué adjudicada á Don Hilario
Cruz, demandante, por las dos terceras partes de su avalúo, otor-
gándosele la correspondiente escritura por el Juzgado, cuya escri-
tura no se inscribió en el Registro; que á Don Hilario Cruz se le puso
en posesión de toda la finca, no obstante la oposición de Don Gre-
gorio Cintrón respecto al número de cuerdas que en dicha finca le
corresponden: que ese terreno que dicen es de ciento setenta y cinco
cuerdas, adjudicado y posesionado por el Cruz, y en el que enclavan
las cuatro casas, realmente colindan, al Norte, Barrio de Caonilla
Abajo, con la Sucesión de Don Severo Segarra: al Este, con José Ra-
món Gonzalez, antes Carmen Cintrón y Rosado: al Sur, con Vicente
Santiago, Juan Peña, y José del Carmen Mercado; y por el Oeste,
con Doña Tomasa Cintrón. y comprende además de las cincuenta
cuerdas de Monserrate Santiago, una propiedad de doscientos ochen-
ta y nueve cuerdas de la que estaba en posesión Don Gregorio Cin-
trón, teniendo el dominio en ellas, en parte, por la adjudicación de
las ciento sesenta y ocho cuerdas, en la divisoria de los bienes de su
esposa y parte, por la compra de ciento veinte y una cuerdas al here-
dero Don Juan Norberto Cintrón: que el Cruz ha recolectado todos
los frutos de la finca y destruido casas en ella, impidiendo á Don
Gregorio Cintrón ejercer en la misma, actos de dominio, y beneficián-
dose á costa del Cintrón en dos mil quinientos dollars.

*Resultando*: que admitida la demanda y dado traslado de ella al de-
mandado, transcurrió el término legal durante el cual debió contes-
tarla, no lo verificó; por cuya razón, á instancia del actor, se le tuvo
por acusada la rebeldía y se dió por contestada la demanda.

*Resultando*: que recibido el pleito á prueba, el día señalado para
proponerla, concurrió sólo la representación del demandante y pro-
puso las suyas, consistentes en documental y testifical.

*Resultando*: que declaradas pertinentes esas pruebas, se señaló día
para la celebración del juicio oral, al que concurrió sólo la represen-
tación del demandante, practicándose sus pruebas. é informando lo
que creyó conveniente en defensa de su derecho.

*Resultando*: que de la prueba documental aparece, que Don Gre-
gorio Cintrón es dueño en el barrio de ''Guayabal'' del término mu-
nicipal de Juana Díaz, de una porción de terreno de ciento sesenta

y ocho cuerdas veinte y cinco céntimos, que hubo por herencia de su consorte Doña Toribia Rosado y Santiago, y ciento setenta y una cuerdas á título de cesión de su hijo Don Juan Norberto Cintrón, de las cuáles reservó el cedente cincuenta para sus cuatro hijos legítimos habidos en su matrimonio con Doña Monserrate Santiago.

*Resultando*: que de la declaración unánime de los siete testigos que depusieron en el acto del juicio oral, aparece que por virtud de reclamación judicial hecha por el demandado Cruz contra Doña Monserrate Santiago, embargó el primero, como de la propiedad de la segunda, ciento setenta y cinco cuerdas de terreno de la pertenencia de Don Gregorio Cintrón radicados en el barrio de "Guayabal" sitio de las "Cuevas" término municipal de Juana Díaz, colindantes con Don José R. Gonzalez, Don Severo Segarra, Don Vicente Santiago, Doña Carmen Mercado y Don Juan Peña Rodriguez; y que en esos terrenos se le dió posesión á Don Hilario Cruz, por el Juzgado Municipal; agregando el testigo Don José Lopez que fué llamado por Doña Monserrate Santiago y Don Gregorio Cintrón para medir cincuenta cuerdas de terreno que el segundo había de entregar y entregó á la primera.

*Resultando*: que señalado el día de hoy para la votación de esta sentencia, lo fué por unanimidad.

*Resultando*: que en la tramitación de este juicio se han cumplido las prescripciones de la ley.

*Considerando*: que los documentos presentados por la parte actora tienen la consideración de verdaderos documentos públicos, extendidos con todos los requisitos legales y además se hayan inscritos en el Registro de la Propiedad por lo cuál hacen fé entre las partes contratantes y sus causa-habientes respecto á las declaraciones que los primeros hubieren hecho en ellos; así como prueba también contra tercero del hecho que motiva su otorgamiento y de la fecha de éste, según establece el artículo 1218 del Código Civil no reformado, y sus concordantes de la Ley Hipotecaria.

*Considerando*: que consecuente con este precepto legal, el demandante ha justificado cumplidamente su derecho de dominio en las doscientas ochenta y nueve cuerdas veinte y cinco céntimos de terreno, radicadas en el barrio de "Guayabal" término de Juana Díaz, dentro de cuyo perímetro se encuentran las ciento setenta y cinco cuerdas embargadas á la parte actora como de la pertenencia de Doña Monserrate Santiago, y las cuáles han sido identificadas como parte integrante de la totalidad del terreno perteneciente al actor.

*Considerando*: que siendo esto así, es evidente que la parte actora ha justificado la acción reivindicatoria que ejercita en este jui-

cio como fundamento de su derecho, no pudiendo por tanto subsistir el embargo verificado en las ciento setenta y cinco cuerdas de terreno, en virtud del principio universal reconocido de que nadie es responsable del cumplimiento de obligaciones contraidas por un tercero cuando directa ni indirectamente ha intervenido en el contrato celebrado; no pudiendo tampoco perjudicarle las resoluciones dictadas en un pleito ó litigio en que no ha sido parte.

*Considerando*: que como consecuencia de lo expuesto nadie puede ser despojado de la tenencia ó posesión de una cosa, sin antes haber sido oído ó vencido en juicio por los medios que las leyes de procedimientos establecen; debiendo por tanto todo poseedor ser respetado en la quieta y pacifica posesión de la cosa poseída y restituido en ella cuando ha sido de algún modo inquietado, perturbado ó despojado en la misma, mayormente, como cuando en el caso presente se ostenta un título fehaciente creditivo del dominio.

*Considerando*: que son nulos los actos ejecutados contra lo dispuesto en la ley, salvo los casos en que la misma ley dispone su validez.

*Considerando*: que por las razones expuestas, procede declarar con lugar la demanda interpuesta con imposición de todas las costas á la parte contraria.

Vistos los artículos 348, 349, 446, 462, 466, 609, 1214, 1216, 1218 y 1949 del Código Civil; y la Orden General número 118 en relación con la doctrina jurídica del Tribunal Supremo de España.

*Fallamos*: que declarando con lugar la demanda interpuesta contra Don Hilario Cruz Colón por Don Gregorio Cintrón Flores, debemos así mismo declarar como único y legítimo dueño del inmueble reclamado, compuesto de doscientas ochenta y nueve cuerdas radicado en el barrio del "Guayabal" del término de Juana Díaz, al referido Don Gregorio Cintrón Flores y en su consecuencia, nulo y de ningún valor ni efecto la adjudicación hecha por al expresado demandado Don Hilario Cruz, de las cuerdas de terreno embargadas, las que deberán quedar libres y expeditas á disposición de la parte actora; así como la escritura de venta judicial que de las mismas cuerdas embargadas se haya podido otorgar por el Juzgado Municipal de Juana Díaz á favor del demandado, á quien en tal concepto debemos condenar y condenamos á reintegrar á Don Gregorio Cintrón y Flores en la quieta y pacífica posesión de las cuerdas de terreno objeto del embargo y adjudicación, y de las que fué indebidamente desposeído; y al pago de las costas causadas en este procedimiento.

Así por esta nuestra sentencia, definitivamente juzgando, lo pro-

nunciamos, mandamos .y firmamos.—Isidoro Soto·Nussa, R. Sanchez Montalvo, Cárlos Franco Soto.—Luis Gautier.''

*Resultando :* que contra la anterior sentencia interpuso el demandado recurso de casación por infracción de ley, que fué admitido y elevados los autos y personadas las partes, se ha sustanciado el recurso como de apelación, cumpliendo la Ley de la Asamblea Legislativa aprobada en 12 de Marzo de 1903, sin que al acto de la vista, que tuvo lugar el dos· del actual, concurriera ninguna de las partes.

Abogado del apelante: *Sr. Rossy (Manuel F.)*

Abogado del apelado: *Sr. Casaldúc.*

EL JUEZ ASOCIADO SR. FIGUERAS, despúes de exponer los hechos antèriores, emitió la opinión del Tribunal.

*Aceptando* los fundamentos de hecho y de derecho de la sentencia recurrida, y

*Considerando* lo dispuesto en la regla 63 de la Orden General número 118, serie de 1899.

*Vistas* las disposiciones legales que en la misma se citan, y la Ley de la Asamblea Legislativa de esta Isla, aprobada en 12 de Marzo de 1903.

*Fallamos :* que debemos confirmar y confirmamos la sentencia que en trece .de Agosto de mil novecientos dos dictó la Corte de Distrito de Ponce, declarando con lugar la demanda interpuesta, con los demás pronunciamientos que la misma contiene, é imponemos al recurrente Don Hilario Cruz y Colón las costas de este recurso; y devuelvanse·los autos originales á la Corte de Distrito de su orígen, con la certificación correspondiente, á los efectos procedentes.

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados Hernández y MacLeary.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.